IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02285-LTB

LAWRENCE P. HANDY,

    Plaintiff,

v.

JULIE RUSSELL, Acting A.I.C. for Colorado Department of Corrections (Individual and
      Official Capacities),
PAULA FRANZ, Acting Chief Medical Officer for C.D.O.C. (Individual and Official
      Capacities),
JOYCE CROUNK, Acting Head of Administrative Services (H.A.S.) for C.D.O.C. Medical
      at the time (Individual and Official Capacities),
STEPHEN R. KREBS, M.D., Acting Director Care Management Department (Individual
      and Official Capacities),
CORRECTIONAL HEALTH PARTNERS (C.H.P.), Insurance Provider for Colorado
      D.O.C., and
MR. LUECK, Acting Case Manager at Sterling Correctional Facility, C.D.O.C. (Individual
      and Official Capacities),

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 19, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 19 day of November, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/K. Terasaki
                    Deputy Clerk